IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION



ADRIAN JENKINS,

    Plaintiff,

v.

JOSEPH HUTCHESON and
INTERNAL AFFAIRS GA

    Defendants.

CIVIL ACTION NO. CV614-081

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff contends that he should be allowed to pursue his claims against "Internal Affairs" because Internal Affairs has procrastinated in responding to his complaints.

Plaintiff's Objections are without merit and are overruled. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's claims against Internal Affairs are **DISMISSED**. The Clerk of Court is directed to terminate "Internal Affairs" as a named Defendant upon the docket and record of this case.

**SO ORDERED**, this 27th day of Oct., 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)