IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 SEP 29 P 4: 07
CLERK____
SO. DIST. OF GA.

ADRIAN JENKINS,           *
                          *
     Plaintiff,           *
                          *
     v.                   *     CV 614-081
                          *
JOSEPH HUTCHESON,         *
                          *
     Defendant.           *

**ORDER AND NOTICE OF
PRETRIAL PROCEEDINGS**

A review by the Court reveals that this case is ready for trial. In preparation for trial, the court **DIRECTS** each party to file with the Clerk of this Court a proposed pretrial order. Each proposed pretrial order shall be filed **BY THE CLOSE OF BUSINESS ON MONDAY, OCTOBER 16, 2017**. The form of the proposed pretrial order is attached to this order and can be located at the Court's website www.gas.uscourts.gov under "District Court" > "Forms" > "Consolidated Pretrial Orders - Other Judges."[1] A party's failure to comply with the requirements of this Order may result in dismissal of the complaint or answer or in other sanctions determined appropriate by the Court. If any party in this case is not represented by counsel, such party shall be

---

[1] The Court **DIRECTS** the **CLERK** to enclose a copy of the aforementioned form consolidated pretrial order with Plaintiff's service copy of this Order.

obligated to comply with the requirements of this Order in the same manner as counsel.

All evidentiary objections and motions in limine that have not been resolved prior to the pretrial conference shall be submitted in writing **BY THE CLOSE OF BUSINESS ON <u>MONDAY, OCTOBER 30, 2017</u>**. All responses thereto shall be submitted **BY THE CLOSE OF BUSINESS ON <u>MONDAY, NOVEMBER 13, 2017</u>**.

The Clerk has scheduled the pretrial conference for <u>**MONDAY, NOVEMBER 27, 2017 at 2:00 pm EST**</u> at the United States District Court located at 52 North Main Street, Statesboro, Georgia 30458, and jury selection and trial assignment is scheduled for <u>**TUESDAY, NOVEMBER 28, 2017 at 9:00 am EST**</u> at the United States District Court located at 52 North Main Street, Statesboro, Georgia 30458. At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. All trial exhibits (in paper or digital format) and an exhibit list **<u>MUST</u>** be provided to the Court at the pretrial conference. Lead counsel for each party **<u>MUST</u>** attend the pretrial conference.

**ORDER ENTERED** at Augusta, Georgia, this _29th_ day of September, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA